### Hartford National Bank and Trust Company *v.* H. Newton Griswold, Jr., et al.

Loiselle, Bogdanski, Longo, Speziale and Peters, Js.

Argued October 19, 1978—decision released February 6, 1979

*Wesley W. Horton,* with whom was *William R. Moller,* for the appellant (defendant Gerald Gelles).

*Robert U. Sattin,* for the appellee (plaintiff).

Per Curiam. Because of our ruling in *Society for Savings* v. *Chestnut Estates, Inc.,* 176 Conn. 563, 409 A.2d 1020 (1979) we do not address the errors assigned in this case. We find error in the judgment on the authority of *Society for Savings,* which found General Statutes § 49-14 to be unconstitutional.

There is error, the judgment is set aside and the case is remanded with direction to render judgment for the defendant Gerald Gelles.